IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH THOMPSON, ON
BEHALF OF HIMSELF AND THOSE
SIMILARLY SITUATED,

        CASE NO.:

    Plaintiff,

vs.

DD&G TRUCKING, INC., A
FLORIDA CORPORATION, AND
DONALD BOWLES,
INDIVIDUALLY,

    Defendants.
_____/

## NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, KENNETH THOMPSON, by and through the undersigned attorneys, hereby gives notice of filing his Notice of Consent to Join for use in all proceedings.

DATED this 2ND day of March, 2009.

        /s/ **C. Ryan Morgan**
        C. RYAN MORGAN, ESQ.
        Florida Bar No. 0015527
        Morgan & Morgan, P.A.
        20 N. Orange Ave., 4th Floor
        P.O. Box 4979
        Orlando, FL 32802-4979
        Phone: (407) 420-1414
        Fax: (407) 420-5956
        Email: rmorgan@forthepeople.com
        **Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT FOR THE
<u>Middle District</u> OF FLORIDA
CASE NO.:

<u>Kenneth Thompson</u>,
**Individually, and on behalf of**
**others similarly situated,**

**Plaintiff,**

v.

<u>DD +G Trucking, Inc., a</u>
<u>Florida corporation and,</u> Donald Bowus
**Defendants.**

_____ /

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN, P.A.®

- I <u>Kenneth Thompson</u>, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed duties similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan & Morgan, P.A.®, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: _____

Signature: _____

Address:   c/o my Counsel- Morgan & Morgan, P.A.®
           20 N. Orange Avenue, Suite 1600
           Orlando, Florida 32801

(M&M form #73)