# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 5:09-CV-120-OC-10GRJ

Plaintiff:
**Kenneth Thompson,**

vs.

Defendant:
**DD&G Trucking, Inc. and Donald Bowles,**

For:
C. Ryan Morgan
Morgan & Morgan, P.A.
20 N. Orange Ave.
4th Floor
Orlando, FL 32801

Received by ATTORNEYS LEGAL SERVICES, INC. on the 9th day of March, 2009 at 4:04 pm to be served on DD&G TRUCKING, INC. C/O DONALD BOWLES, REGISTERED AGENT, 3666 E. Seminole St., Gotha, FL 34734.

I, Edwin E. Young, being duly sworn, depose and say that on the 12th day of March, 2009 at 7:31 pm, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS, COMPLAINT, NOTICE OF FILING OF NOTICE OF CONSENT TO JOIN and CONSENT TO JOIN** with the date and hour of service endorsed thereon by me, to: **DONALD BOWLES** as **Registered Agent** at the address of: **3666 E. Seminole St., Gotha, FL 34734** on behalf of **DD&G TRUCKING, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based on inquiry by the affiant, the defendant is not an active duty member of the U.S. Armed Forces.

I certify that I am over the age of eighteen, and am not a party to the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.



**KAREN C. BRAUN**
MY COMMISSION # DD742852
EXPIRES December 17, 2011
(407) 398-0153   FloridaNotaryService.com

Subscribed and Sworn to before me on the 16th day of March, 2009 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Edwin E. Young
M8349

ATTORNEYS LEGAL SERVICES, INC.
112 East Concord Street
Orlando, FL 32801
(800) 275-8908

Our Job Serial Number: 2009002702
Ref: 185897
Service Fee: _____

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3f

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ocala Division

CASE NO.: 5:09-CV-120-Oc-10GRJ

KENNETH THOMPSON, ON BEHALF
OF HIMSELF AND THOSE
SIMILARLY SITUATED,

      Plaintiff,

vs.

DD&G TRUCKING, INC., A FLORIDA
CORPORATION, AND DONALD BOWLES,
INDIVIDUALLY,

      Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:  **DD&G TRUCKING, INC.**
Donald Bowles, Registered Agent
3666 E Seminole St.
Gotha, FL 34734

Served: Donald Bowles
Date: 3/12/09  Time: 731 PM
Server: [signature]
Certified / Special Process Server # 8349
ATTORNEY'S LEGAL SERVICES, INC.
112 E. Concord St. — Orlando, FL 32801
(407) 839-4644

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

MORGAN & MORGAN
C. Ryan Morgan, Esquire
20 N. Orange Avenue, 4th Floor
P.O. Box 4979
Orlando, Florida 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 420-5956

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

3/10/09
DATE

SHERYL L. LOESCH
CLERK

By: [signature]
(Deputy Clerk)